## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

SFX ENTERTAINMENT, INC., *et al.*,[1]

Debtors.

Chapter 11

Case No. 16-10238 (MFW)

(Jointly Administered)

## CERTIFICATION OF COUNSEL REQUESTING ENTRY OF ORDER APPROVING STIPULATION LIFTING THE AUTOMATIC STAY

The undersigned counsel to the above-captioned debtors and debtors-in-possession (the "**Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), hereby certifies that:

1.    Prior to the commencement of these Chapter 11 Cases, Angus Deer ("**Movant**") commenced a state court action against Debtor EZ Festivals LLC and a non-Debtor defendant with respect to injuries Movant alleges to have suffered while attending an outdoor electronic dance music festival produced by the Debtors (the "**Personal Injury Action**").

2.    Upon commencement of the Chapter 11 Cases, the Personal Injury Action was stayed pursuant to the automatic stay imposed by section 362(a) of title 11 of the United States Code.

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are:  430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SFX-Disco Intermediate Holdco LLC (5441); SFX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SFX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SFX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SFX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Coöperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898).  The Debtors' business address is 902 Broadway, 15th Floor, New York, NY 10010.

3.     Movant sought relief from the automatic stay to pursue the Personal Injury Action.

4.     Movant and the Debtors have reached an agreement and have entered into the *Stipulation Lifting Automatic Stay and Limiting Recovery to Available Insurance Proceeds* (the "**Stipulation**"), attached as **Exhibit 1** to the proposed form of order (the "**Order**") attached hereto as **Exhibit A**.

5.     The Stipulation was circulated to, reviewed by, and consented to by United States Trustee for the District of Delaware, counsel for the Creditors' Committee, and counsel for the DIP Lenders and the Ad Hoc Group.

6.     The Debtors respectfully request that this Court enter the Order approving the Stipulation at its earliest convenience.

Dated: October 19, 2016             GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile:  (302) 661-7360
Email: melorod@gtlaw.com

-and-

Nancy A. Mitchell (admitted *pro hac vice*)
Maria J. DiConza (admitted *pro hac vice*)
Nathan A. Haynes (admitted *pro hac vice*)
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile:  (212) 801-6400
Email:  mitchelln@gtlaw.com
       diconzam@gtlaw.com
       haynesn@gtlaw.com

*Counsel to the Debtors and*
*Debtors-in-Possession*