# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SFX ENTERTAINMENT, INC., *et al.*,[1] | Case No. 16-10238 (MFW) |
| Reorganized Debtors. | (Jointly Administered) |
| | Objection Deadline: December 28, 2017 by 4:00 p.m. <br> Hearing Date: January 4, 2018 at 11:30 a.m. |

## NOTICE OF HEARING ON SEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE REORGANIZED DEBTORS TO CLAIMS PURSUANT TO SECTIONS 105 AND 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1, AS IT RELATES TO THE CLAIM OF MELCHIOR PRODUCTIONS, LLC

**PLEASE TAKE NOTICE** that on October 10, 2016 the above-captioned Reorganized Debtors (collectively, the "**Reorganized Debtors**") filed the *Seventh Omnibus Objection (Substantive) of the Debtors to Claims Pursuant to Sections 105 and 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* [D.I. 1107] (the "**Seventh Omnibus Objection**").

---

[1] The Reorganized Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SFX-Disco Intermediate Holdco LLC (5441); SFX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SFX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SFX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SFX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Coöperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898). The Reorganized Debtors' business address is 524 Broadway, 11th Floor, New York, NY 10012.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Notice of the Seventh Omnibus Objection [D.I. 1467], responses to the Seventh Omnibus Objection were to be filed and served no later than April 17, 2017 at 4:00 p.m. (Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that on April 24, 2017, this Court held a hearing (the "**Hearing**") to consider the Seventh Omnibus Objection. At the Hearing, the Court requested additional detail with respect to Claim No. 462 filed by Melchior Productions, LLC (the "**Melchior Claim**"), which claim the Reorganized Debtors sought to disallow on the basis that the asserted claim did not match the Debtors' books and records.

**PLEASE TAKE FURTHER NOTICE** that on June 5, 2017, the Reorganized Debtors filed and served a supplemental declaration with respect to the Melchior Claim [D.I. 1538], providing additional detail as to why the Melchior Claim should be disallowed.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Seventh Omnibus Objection, as it relates to the Melchior Claim, is scheduled for **January 4, 2018 at 11:30 a.m. (Eastern Standard Time)**, before the Honorable Mary F. Walrath at the United States Bankruptcy Court, 824 North Market Street, Fifth Floor, Courtroom 4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that a response, if any, to the Seventh Omnibus Objection must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware, and served so as to be <u>received</u> by undersigned counsel no later than **December 28, 2017 at 4:00 p.m. (Eastern Standard Time)**.

IF NO RESPONSE TO THE SEVENTH OMNIBUS OBJECTION IS TIMELY FILED AND RECEIVED, AN ORDER MAY BE ENTERED GRANTING THE RELIEF REQUESTED IN THE SEVENTH OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR A HEARING.

Dated: December 5, 2017                              **GREENBERG TRAURIG, LLP**

                                                      */s/ Dennis A. Meloro*
                                                      Dennis A. Meloro (DE Bar No. 4435)
                                                      The Nemours Building
                                                      1007 North Orange Street, Suite 1200
                                                      Wilmington, Delaware 19801
                                                      Telephone: (302) 661-7000
                                                      Facsimile: (302) 661-7360
                                                      Email: melorod@gtlaw.com

                                                      -and-

                                                      Nancy A. Mitchell (admitted pro hac vice)
                                                      Maria J. DiConza (admitted pro hac vice)
                                                      Nathan A. Haynes (admitted pro hac vice)
                                                      MetLife Building
                                                      200 Park Avenue
                                                      New York, NY 10166
                                                      Telephone: (212) 801-9200
                                                      Facsimile: (212) 801-6400
                                                      Email: mitchelln@gtlaw.com
                                                                    diconzam@gtlaw.com
                                                                    haynesn@gtlaw.com


                                                      *Counsel for the Reorganized Debtors*


cc: via Facsimile, Email or Overnight Mail
Hannah M. McCollum, Esq. (Office of the U.S. Trustee)
Counsel to the Litigation Trustee
2002 Notice Parties
Melchior Productions, LLC