**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SFX ENTERTAINMENT, INC., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10238 (MFW)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 1645 |

**STATUS REPORT REGARDING OBJECTION
TO CLAIMS BY JL PRODUCTIONS, LLC**

Dean A. Ziehl, Litigation Trustee for the SFX Litigation Trust, as successor in interest to the Debtors' estates (the "**SFX Litigation Trustee**"), by and through his undersigned counsel, hereby submits this Status Report ("**Status Report**") regarding the SFX Litigation Trustee's objection to claims by JL Productions, LLC ("**JLP**") and states as follows:

1. On September 26, 2017, the SFX Litigation Trustee filed the *Motion for Entry of an Order Directing Discovery From JL Productions, LLC Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure* (the "**Rule 2004 Motion**") [Docket No. 1612]. JLP did not respond to the Rule 2004 Motion and the *Order Granting Motion for Entry of an Order Directing Discovery from JL Productions, LLC Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure* [Docket No. 1630] (the "**Rule 2004 Order**") was entered by the Court on

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SFX-Disco Intermediate Holdco LLC (5441); SFX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SFX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SFX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SFX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Coöperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898). The Debtors' business address is 524 Broadway, 11th Floor, New York, NY 10012.

October 24, 2017. JLP did not respond to the Rule 2004 Order. JLP's counsel asserted that JLP was not personally served with a copy of the Order. The SFX Litigation Trustee disagrees and contends that JLP's principal evaded service and that service upon JLP's counsel of record was effective.

2. On December 5, 2017, the Litigation Trustee objected to claim numbers 456, 457, and 459 filed by JLP [Docket No. 1645] (a tort and equity claim for an amount "greater than $2.52M"); and on December 19, 2017, JLP responded to the Litigation Trustee's objection [Docket No. 1656] (collectively, the "**Contested Matter**").

3. After JLP failed to comply with the Rule 2004 Order, the SFX Litigation Trustee served JLP with formal written discovery on January 16, 2018. *See* [Docket No. 1688]. JLP recently served responses to the SFX Litigation Trustee's written discovery on February 27, 2018. *See* [Docket No. 1703].

4. The SFX Litigation Trustee and JLP agreed to a form of protective order that was approved by the Court on March 5, 2018 [Docket N. 1707]. JLP has not served any documents responses to the written discovery requests to date. JLP's counsel indicated that its substantive document responses are forthcoming and will be provided within fourteen (14) days of entry of the parties agreed protective order.

5. The SFX Litigation Trustee twice provided JLP's counsel with a proposed scheduling order to move the Contested Matter forward. A copy of the proposed scheduling order was filed with the *Notice of Proposed Discovery Scheduling Order* [Docket No. 1705]. To date, JLP has failed to provide any comments or consent to the entry of the proposed scheduling order. JLP's counsel indicated on March 6, 2018 that its response to the proposed scheduling order would be provided soon.

2

6. To date, JLP has not retained Delaware counsel. JLP's counsel maintains that it is not required to do so at this stage of the Contested Matter pursuant to Local Rule 9010-1(e)(iii). Because the Contested Matter involves extensive discovery at this stage and may be set for trial, the SFX Litigation Trustee asserts that JLP should consult with and retain Delaware counsel.

7. The SFX Litigation Trustee and JLP do not agree on mediation of the Contested Matter at this time.

8. The SFX Litigation Trustee seeks the entry of the proposed scheduling order in the event that JLP does not provide its comments or consent to the proposed scheduling order on or before March 14, 2018.

Dated: March 7, 2018	**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: crobinson@pszjlaw.com

*Attorneys for SFX Litigation Trustee*